Filed in Adams District Court
\*\*\* EFILED \*\*\*
Case Number: D14CI180000072
Transaction ID: 0006436550
Filing Date: 02/14/2018 04:00:15 PM CST

IN THE DISTRICT COURT OF ADAMS COUNTY, NEBRASKA

| | | |
|---|---|---|
| FRANCISCO DIAZ, | ) | Case No. CI18-_____ |
| Plaintiff, | ) | |
| vs. | ) | COMPLAINT |
| JARED M. KELM both individually and as an agent of UNION TANK CAR COMPANY; and UNION TANK CAR COMPANY, a company authorized to do business in the State of Nebraska; | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff, Francisco Diaz (hereinafter "Plaintiff"), by and through his Attorney, Shon T. Lieske, and for his cause of action against the Defendants Jared M. Klem and Union Tank Car Company, hereby alleges and states as follows:

1. The Plaintiff is now and was on or about June 6, 2014, a resident of Hastings, Adams County, Nebraska.

2. Defendant Jared M. Kelm, on or about June 6, 2014, was a resident of Cleveland, Texas and was operating a motor vehicle on the streets of Hastings, Adams County, Nebraska.

3. Defendant Union Tank Car Company, on or about June, 6, 2014, was a business based in Chicago, Illinois, and authorized to do business in the State of Nebraska by the Nebraska Secretary of State.

4. That on June 6, 2014, Defendant Union Tank Car Company owned the vehicle being driven the Defendant Jared M. Kelm and provided said vehicle to Mr. Kelm for his use and operation.

Page 1 of 4



5. That on June 6, 2014, at the time of the collision with the Plaintiff, Defendant Jared M. Kelm was an employee of Defendant Union Tank Car Company.

6. That on June 6, 2014, at the time of the collision with the Plaintiff, Defendant Jared M. Kelm was operating the motor vehicle owned by Defendant Union Tank Car Company within the State of Nebraska and within the scope of his employment with Defendant Union Tank Car Company.

7. On June 6, 2014, 7th Street and Burlington Avenue were public roads located within Hastings, Adams County, Nebraska, and the intersection of these two roads was controlled by a traffic light.

8. On or about June 6, 2014, Defendant Jared M. Kelm operated the motor vehicle owned by Defendant Union Tank Car Company in a negligent manner at the intersection of 7th Street and Burlington Avenue in Hastings, Adams County, Nebraska, causing the vehicle to collide with the Plaintiff's vehicle, injuring the Plaintiff.

9. That, at the time of the collision, Defendant Jared M. Kelm was impaired according to the laws of the State of Nebraska, specifically *Neb. Rev. Stat.* § 60-6,196, by operating a motor vehicle with a blood alcohol concentration of over .08 of one gram by weight of alcohol per two hundred ten liters of his breath.

10. That on June 19, 2014, the Defendant Jared M. Kelm pled guilty to operating the motor vehicle owned by Defendant Union Tank Car Company with a blood alcohol concentration of over .08 of one gram by weight of alcohol per two hundred ten liters of his breath at the time of the collision with the Plaintiff's vehicle. The Plaintiff's plea of guilty resulted in Jared M. Kelm being convicted of a violation of *Neb. Rev. Stat.* § 60-6,196.

11. As a direct and proximate result of the negligence of Defendant Jared M. Kelm, both personally and as an employee and agent of Defendant Union Tank Car Company, the Plaintiff was injured, requiring the Plaintiff to incur medical expenses for care and treatment of his injuries in the amount of not less than $123,633.00 at the time of this Complaint and requiring the Plaintiff to expend sums of money for future medical treatment for his injuries.

12. As a direct and proximate result of the negligence of the Defendants, the Plaintiff has suffered temporary and permanent injury and disability. The Plaintiff is likely to spend no less than $1,973,613.90 on future medical treatment, rehabilitation, evaluations, home care and medications as a result of his injuries and the temporary and permanent disability that the Plaintiff suffered as a result of the negligence of the Defendants.

13. As a direct and proximate result of the negligence of the Defendants, the Plaintiff has suffered a loss of earning capacity. Based on the Plaintiff's earning capacity at the time of the accident and his future projected earning capacity if he was uninjured, the Plaintiff will be lose no less than $1,216,800.00 in earnings.

14. As a direct and proximate result of the negligence of the Defendants, the Plaintiff has been caused to endure great pain and suffering and mental anguish and will continue to endure pain and suffering in the future.

15. As a direct and proximate result of the negligence of the Defendants, the Plaintiff has suffered injury to his property.

WHEREFORE, the Plaintiff prays for judgment against the Defendant for special damages in the amount of not less than $3,314,046.90, general damages, future medical damages, future lost wages, the cost of this action, and for any and all other relief the court shall deem appropriate.

Dated this 13th day of February, 2018.

Francisco Diaz, Plaintiff

By: _____
Shon T. Lieske (#23204)
Attorney for Plaintiff
LIESKE, LIESKE, & ENSZ, P.C., L.L.O.
333 North Colorado Avenue
P.O. Box 268
Minden, NE 68959-0268
(308)832-2103
shon.lieske@lieskelawfirm.com


STATE OF NEBRASKA  )
                   ) ss.
COUNTY OF KEARNEY  )

Francisco Diaz, being first duly sworn upon oath, deposes and states that he is the Plaintiff in the above-entitled action; that he has read the above and foregoing Complaint, knows the contents thereof, and that the statements therein are true.

_____
Francisco Diaz, Plaintiff

Subscribed and sworn to before me this 13th day of February, 2018.

GENERAL NOTARY - State of Nebraska
SHON LIESKE
My Comm. Exp. July 19, 2018

_____
Notary Public

Page 4 of 4

## PRAECIPE

TO: THE CLERK OF THE DISTRICT COURT OF ADAMS COUNTY NEBRASKA

Please issue summons along with one copy of the foregoing Complaint to be served by certified mail upon the following Defendant:

Union Tank Car Company
c/o United States Corporation Co.
801 Adlai Stevenson Drive
Springfield, IL 62703

Please issue summons along with one copy of the foregoing Complaint to be served by the Sheriff of Liberty County, Texas, upon the following Defendant:

Jared M. Kelm
956 County Road 2197
Cleveland, TX 77327

/s/ Shon T. Lieske
Shon T. Lieske (#23204), Attorney for Plaintiff

| | | |
|---|---|---|
| Image ID:<br>D00050926D14 | **SUMMONS** | Doc. No.   50926 |

IN THE DISTRICT COURT OF Adams COUNTY, NEBRASKA
500 West 4th, Room 200
Hastings           NE 68901 0009

Francisco Diaz v. Jared M. Kelm

Case ID: CI 18      72

TO:   Union Tank Car Company

**FILED BY**
Clerk of the Adams District Court
02/14/2018

You have been sued by the following plaintiff(s):

   Francisco Diaz

Plaintiff's Attorney:   Shon T Lieske
Address:                333 North Colorado Ave
                        P.O. Box 268
                        Minden, NE 68959-0268
Telephone:              (308) 832-2103

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:   FEBRUARY 14, 2018      BY THE COURT:   *Christine D Sedlik*
                                                      Clerk                [Seal]

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

   Union Tank Car Company
   c/o United States Corporation Co.
   801 Adlai Stevenson Drive
   Springfield, IL 62703

Method of service:   Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

**SERVICE RETURN**                                Doc. No.    50926

Adams District Court
500 West 4th, Room 200
Hastings            NE 68901 0009

To:
Case ID: CI 18    72 Francisco Diaz v. Jared M Kelm

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock \_\_M. I served copies of the Summons upon the party:

_____

by _____

as required by Nebraska state law.

Service and return    $ _____

Copy                           _____

Mileage \_\_\_\_ miles    _____

   TOTAL    $ _____

Date: _____    BY: _____
                                                                (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Union Tank Car Company              From: Shon T Lieske
    c/o United States Corporation Co.         333 North Colorado Ave
    801 Adlai Stevenson Drive                 P.O. Box 268
    Springfield, IL 62703                     Minden, NE 68959-0268

## ATTACH RETURN RECEIPT & RETURN TO COURT

Filed in Adams District Court
*** EFILED ***
Case Number: D14CI180000072
Transaction ID: 0006486000
Filing Date: 02/26/2018 11:45:05 AM CST

**SERVICE RETURN**

Adams District Court
500 West 4th, Room 200
Hastings          NE 68901 0009

To
Case ID  CI 18   72  Francisco Diaz v Jared M Kelm

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party:

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                  _____

Mileage ____ miles    _____

   TOTAL              $ _____

Date: _____   BY: _____
                                    (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Union Tank Car Company c/o United States Corporation co.

At the following address: 801 Adlai Stevenson Drive
                         Springfield, MO 62703

on the 16th day of February, 2018 _____, as required by Nebraska state law.

                         Shon T. Lieske

Postage $ 6.91   Attorney for: Francisco Diaz

The return receipt for mailing to the party was signed on February 20, 2018.

To  Union Tank Car Company          From  Shon T Lieske
    c/o United States Corporation Co      333 North Colorado Ave
    801 Adlai Stevenson Drive             P O Box 268
    Springfield, IL 62703                 Minden, NE 68959-0268

**ATTACH RETURN RECEIPT & RETURN TO COURT**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Union Tank Car Company
C/o United States Corporation Co
801 Adlai Stevenson Drive
Springfield IL 62703

9590 9402 2731 6351 5074 15

2. Article Number (Transfer from service label)

7015 3430 0000 6262 1266

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /anner Means/  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  FEB 20 2018
Tanner Means

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

SPRINGFIELD IL 62703

Certified Mail Fee $3.45
$2.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.71
Total Postage and Fees $6.91

Sent To: Union Tank Car Co. % US Corporations Co
Street and Apt. No., or PO Box No.: 801 Adlai Stevenson Drive
City, State, ZIP+4: Springfield IL 62703

Postmark Here FEB 16 2018  02/16/2018

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 3430 0000 6262 1266

# Certificate of Service

I hereby certify that on Monday, February 26, 2018 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Union Tank Car Company service method: No Service

Kelm,Jared,M represented by Pro Se Party (Bar Number: 2) service method: No Service

Signature: /s/ Shon T. Lieske (Bar Number: 23204)

Image ID:
D00050925D14

**SUMMONS**

Doc. No. 50925

IN THE DISTRICT COURT OF Adams COUNTY, NEBRASKA
500 West 4th, Room 200
Hastings                NE 68901 0009

Francisco Diaz v. Jared M. Kelm

Case ID: CI 18    72

TO:  Jared M Kelm

**FILED BY**
Clerk of the Adams District Court
02/14/2018

You have been sued by the following plaintiff(s):

   Francisco Diaz

Plaintiff's Attorney:   Shon T Lieske
Address:                333 North Colorado Ave
                        P.O. Box 268
                        Minden, NE 68959-0268
Telephone:              (308) 832-2103

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  FEBRUARY 14, 2018    BY THE COURT:  *Christine D Serlik*
                                                  Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

       Jared M Kelm
       956 County Road 2197
       Cleveland, TX 77327

BY:  Foreign Officer
Method of service:  Personal Service

You are directed to make such service within twenty days after date of issue, and show proof of service as provided by law.

**SERVICE RETURN**  Doc. No.  50925

Adams District Court
500 West 4th, Room 200
Hastings      NE 68901 0009

To: Foreign Officer
Case ID: CI 18    72 Francisco Diaz v. Jared M Kelm

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                         _____

Mileage ____ miles    _____

   TOTAL             $ _____

Date: _____  BY: _____
                              (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Jared M Kelm              From: Shon T Lieske
    956 County Road 2197            333 North Colorado Ave
                                    P.O. Box 268
    Cleveland, TX 77327             Minden, NE 68959-0268

**ATTACH RETURN RECEIPT & RETURN TO COURT**

Filed in Adams District Court
*** EFILED ***
Case Number: D14CI180000072
Transaction ID: 0006520636
Filing Date: 03/05/2018 09:25:9:00 AM CST



**SERVICE RETURN**

Adams District Court
500 West 4th, Room 200
Hastings        NE 68901 0009

To  Foreign Officer
Case ID  CI 18      72 Francisco Diaz v  Jared M Kelm

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons upon the party: _See Attached_____

by _____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                  _____

Mileage ____miles     _____

   TOTAL            $ _____

Date: _____    BY: _____
                                     (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

_____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To  Jared M Kelm                          From  Shon T Lieske
    956 County Road 2197                        333 North Colorado Ave
                                                P O  Box 268
    Cleveland, TX 77327                         Minden, NE 68959·0268

## ATTACH RETURN RECEIPT & RETURN TO COURT

*Liberty County Sheriff's Department*
*Bobby Rader, Sheriff*
*CIVIL DIVISION*
*2400 Beaumont Ave.--Liberty, TX 77575*
*Phone 936-258-2036*

### SUMMONS
### OFFICER'S RETURN

**Cause # CI 18 72**              Francisco Diaz vs. Jared M. Kelm

                                   In The District Court
                                   Of Adams County, NE

**CAME TO HAND** on the 21st day of February, 2018 at 3:20 p.m., and executed in Liberty County, Texas by delivering to each of the within Respondents, a true copy of this **Summons with Complaint Petition** at the following times, places and manner, to wit:

| RESPONDENT | DATE | TIME | WHERE SERVED |
|---|---|---|---|
| Jared M. Kelm | 02/22/2018 | 3:55 p.m. | 575 CR 2197 Cleveland, Texas 77327 |

Returned this 26 day of February, 2018.

SHERIFF BOBBY RADER
LIBERTY COUNTY, TEXAS

By Deputy _Ruben Arellano_
Ruben Arellano, #64

                   State of Texas
                   County of Liberty

                   Sworn to and subscribed before me on the 26 day of February, 2018, by Deputy Ruben Arellano, Deputy Sheriff of Liberty County, TX.

                   _Linda L. Chapman_
                   Notary Public in and for
                   The State Of Texas

LINDA L. CHAPMAN
My Notary ID # 2574592
Expires June 24, 2020

Fees $75.00
(Paid)

## Certificate of Service

I hereby certify that on Monday, March 05, 2018 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Union Tank Car Company service method: No Service

Kelm,Jared,M represented by Pro Se Party (Bar Number: 2) service method: No Service

Signature: /s/ Shon T. Lieske (Bar Number: 23204)