IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCISCO DIAZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JARED M. KELM, both individually and as an agent of Union Tank Car Company; and UNION TANK CAR COMPANY, a company authorized to do business in the State of Nebraska;<br><br>　　　　Defendants. | 4:18CV3042<br><br>**ORDER** |

　　　IT IS ORDERED that:

　　　1.　Plaintiff's motion to dismiss (Filing 102) is granted, and this case shall be dismissed with prejudice, with each party to bear its own costs.

　　　2.　Judgment shall be entered by separate document.

　　　Dated this 4th day of March, 2020.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　Senior United States District Judge